COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER GRANTING MOTION TO EXPEDITE ISSUANCE OF MANDATE

Appellate case name:     Lashun Davis v. The State of Texas

Appellate case number:   01-18-00519-CR

Trial court case number: 1150018

Trial court:             177th District Court of Harris County

Date motion filed:       December 10, 2019

Party filing motion:     Lashun Daivs

  The unopposed motion to expedite issuance of the mandate is granted. We direct the Clerk of this Court to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c).

  It is so ORDERED.

Judge's signature: ___/s/ Peter Kelly_____
    ⊠ Acting for the Court

Panel consists of Justices Kelly, Hightower, and Countiss.

Date: <u>December 19, 2019</u>